MEMORANDUM OPINION




No. 04-07-00117-CV



THOMAS ENTERPRISES, INC.,


Appellant



v.



David C. STILES, Sr., et al.,


Appellees



From the 408th Judicial District Court, Bexar County, Texas


Trial Court No. 2006-CI-16484


Honorable Andy Mireles, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Karen Angelini, Justice


Delivered and Filed: July 25, 2007


DISMISSED

 Appellant has filed a motion requesting this court to dismiss this interlocutory appeal. 
Appellant states that the trial court has granted interim relief that would make the continued
prosecution of the appeal a waste of judicial and party resources. The motion contains a certificate
of conference, and appellant states that the motion is unopposed. Therefore, we grant the motion and
dismiss the appeal. See Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

 PER CURIAM